UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IN RE:                                                                    Chapter 11

WINDWARD LONG LLC                                         CASE NO.:

Debtor.

-------------------------------------------------------------------X

## CORPORATE OWNERSHIP AND
## E.D.N.Y. LOCAL BANKRUPTCY RULE 1073-3 STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rule 1073-3 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned authorized officer of the Debtor certifies that no entity that comes within the definition of a "corporation" set forth in 11 U.S.C. § 101(9), other than a governmental unit, directly or indirectly owns 10% or more of any class of the Debtor's equity interest.

Dated: February 25, 2020

_____
Yonel Devico
Managing Member

1