UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:                                                             Chapter 11

WINDWARD LONG, LLC                                                 CASE NO.:

Debtor.

-----------------------------------------------------------------X

## VERIFICATION OF CREDITOR MARTIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: February 25, 2020

_____
Yonel Devico
Managing Member

1

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, LP FKA COUNTRYWIDE HOME LOAND SERVICING, LP,
100 North Tyron St
Charlotte, NC 28255