**Rehabilitation budget**

| | |
|---|---|
| **Plumbing** | $ 15,000.00 |
| **Electricity** | $ 10,000.00 |
| **Kitchen** | $ 5,000.00 |
| **Bathrooms** | $ 5,000.00 |
| **Painting** | $ 5,000.00 |
| **Landscape** | $ 5,000.00 |
| **Boiler** | $ 3,500.00 |
| **Roofing** | $ 6,000.00 |
| **Permitting** | $ 5,000.00 |
| **Architect** | $ 5,000.00 |
| **Interest Reserve** | $ 15,000.00 |
| | |
| **Total budget** | $ 79,500.00 |