**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re                                             :
                                                  :
                                                  :     Chapter 11
Windward Long, LLC,                               :
                                                  :     Case No. 20-72041 (reg)
                                                  :
              Debtor.                             :
-----------------------------------------------------------x

## ORDER SCHEDULING HEARING

Whereas Windward Long, LLC (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code on May 12, 2020 as a small business subchapter V debtor; and

Whereas, the Debtor failed to file with the Court all schedules and other documents due under subchapter V of Chapter 11 on or before May 26, 2020; and

Whereas, the Debtor failed to appear at the Initial Case Management Conference ("Status Conference") held on July 1, 2020 and Gerald Luckman, Esq., the subchapter V trustee having advised the Court at the Status Conference that the Debtor failed to provide the subchapter V trustee or file with the Court the report detailing the Debtor's efforts to attain a consensual plan of reorganization as required under 11 U.S.C. § 1188(c); and this Court having determined that a hearing is necessary to (i) determine whether the Debtor qualifies as a small business subchapter V debtor and (ii) explain the corporate structure of the Debtor, the Debtor's history and the Debtor's plan for reorganizing; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.    Yonel Devico, the Debtor's managing member, and counsel to the Debtor are directed to appear at a telephonic hearing scheduled for **July 29, 2020 at 9:30 a.m.** before the

Honorable Robert E. Grossman, United States Bankruptcy Judge. The telephonic hearing will be conducted using Court Solutions LLC. All attorneys and parties directed to appear or wishing to appear at, or attend, the telephonic hearing must make arrangements with Court Solutions at https://www.court-solutions.com/ no later than 12 p.m. on the business day prior to the hearing date.

2.    Any responsive papers to this Order Scheduling Hearing shall be filed by **July 22, 2020 at 4:00 p.m. (EST)** and served upon (i) The Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, Attn: Stan Y. Yang, Esq.; and (ii) Gerald Luckman, Esq., the subchapter V trustee. On or before July 16, 2020, the Clerk of the Court shall cause this Order to be served via electronic mail (if known) and regular mail on (i) the subchapter V trustee, (ii) the United States Trustee, (iii) counsel to the Debtor, (iv) Yonel Devico at the Debtor's listed mailing address and (v) all parties filing a notice of appearance in this case.

**Dated: Central Islip, New York**  
**July 15, 2020**

**Robert E. Grossman**  
**United States Bankruptcy Judge**