UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

-----------------------------------------------------------------X   Chapter 11
IN RE:

                                                                         CASE NO.: 8-20-72041-REG

WINDWARD LONG, LLC

Debtor.

-----------------------------------------------------------------X

I, Yonel Devico, being of lawful age and being first duly sworn on oath, states and deposes as follows:

1. I am over 18 years of age and I have personal knowledge of the facts in this Affidavit. I am a Member of the Debtor Windward Long, LLC. As such, I am authorized to make this Affidavit.

2. A small business debtor is required to attach either its most recent balance sheet, statement of operations, cash-flow statement, and federal income tax returns or if these documents do not exist, follow the procedure set forth in 11 U.S.C. § 1116(1)(B).

3. The procedure set forth in 11 U.S.C. § 1116(1)(B) mandates that where these documents have not been prepared and no Federal tax return as been filed that a sworn statement be submitted to this extent.

4. Here, no balance sheet, statement of operations or cash-flow statement have been prepared and no Federal tax return has been filed.

Dated: 7/24/2020.

                                                                          WINDWARD LONG, LLC

By: _____
Name: Yonel Devico
Title: Member