UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

-----------------------------------------------------------------X

IN RE:

WINDWARD LONG, LLC

Debtor.

-----------------------------------------------------------------X

Chapter 11

CASE NO.: 8-20-72041-REG

**AFFIDAVIT RELATING TO PAYMENT OF THRID-PARTY RETAINER**

I, Yonel Devico, being of lawful age and being first duly sworn on oath, states and deposes as follows:

1. I am over 18 years of age and I have personal knowledge of the facts in this Affidavit. I am the payor of the $3,500.00 post-petition retainer to the Debtor's proposed attorneys, Hasbani & Light, P.C. (the "Firm").

2. In order to secure the Firm's services to the Debtor in its Chapter 11 case, I paid a third-party retainer to the Firm on June 1, 2020 in the amount of $3,500.00 towards fees, costs, and expenses to be incurred in this Chapter 11 bankruptcy case.

3. I have been advised by the Firm to consult with my own counsel however, I have not retained independent counsel regarding the payment of the Retainer to the Firm.

4. I understand that the undivided loyalty of the Firm is to its client, the above captioned Debtor.

5. Further, I am not a creditor of the Debtor and I do not have an intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

6. Based on the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: 6/2/2020

Yonel Devico

STATE OF FLORIDA )
) ss.
COUNTY OF MIAMI DADE )

On June 2nd, 2020, before me, Brandon Ramos, a Notary Public in and for said County and State, personally appeared Yonel Devico, who is personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires: 12/09/2022

Notary Public

[NOTARY SEAL]

Notary Public State of Florida
Brandon K Ramos
My Commission GG 282859
Expires 12/09/2022

