UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION
-------------------------------------------------------------X
IN RE:                                              Chapter 11

WINDWARD LONG, LLC                                  Case No.: 8-20-72041-REG

                            Debtor,
-------------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION TO DISMISS

I, Yonel Devico, being of lawful age and being first duly sworn on oath, states and deposes as follows:

1. I am over 18 years of age and I have personal knowledge of the facts in this Affidavit. I am the Managing Member of the debtor Windward Long LLC.

2. This affidavit is submitted in support of Debtor's instant Motion Seeking dismissal of this Bankruptcy matter.

3. The Debtor had no income or disbursements during the pendency of this Bankruptcy.

Dated: 8/31/2020

_____
Yonel Devico

STATE OF FLORIDA         )
                         ) ss.
COUNTY OF MIAMI DADE     )

On August 31st, 2020, before me, Brandon Ramos, a Notary Public in and for said County and State, personally appeared Yonel Devico, who is personally

known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

My Commission Expires: 12/09/2022

[NOTARY SEAL]

Notary Public



Notary Public State of Florida
Brandon K Ramos
My Commission GG 282659
Expires 12/09/2022