Gerard R. Luckman, Esq.
Subchapter V Trustee
c/o FORCHELLI DEEGAN TERRANA LLP
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY  11553
(516) 248-1700

**Hearing Date: September 16, 2020**
**Hearing Time: 10:00 a.m.**
**Objections Due: September 15, 2020**
**Time: 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                  Chapter 11

   WINWARD LONG LLC,                              Case No. 8-20-72041-REG

                              Debtor.
-------------------------------------------------------------X

## NOTICE OF HEARING ON FINAL FEE APPLICATION

**PLEASE TAKE NOTICE**, that a hearing to consider the final applications for compensation and reimbursement of expenses (the "Application") of Gerard R. Luckman, Subchapter V. Trustee ("Trustee"), for the time period and in the amounts set forth below, will be held on September16, 2020 at 10:00 a.m. at the courtroom of the Honorable Robert E. Grossman, United States Bankruptcy Judge, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE** that the Application of Trustee seek awards of interim compensation and reimbursement of expenses in the reduced and capped amount of $2,000.00.

**PLEASE TAKE FURTHER NOTICE**, that the Application is on file in the Office of the Clerk of the Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722 and may be examined during scheduled business hours or by accessing the Applications through the electronic filing system utilized by the Bankruptcy Court.  A copy of the Application may also be obtained by e-mail request of Gerard R. Luckman, Esq. at gluckman@forchellilaw.com.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to an Application must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be served upon Forchelli Deegan Terrana LLP The Omni, 333 Earle Ovington Blvd., Suite 1010, Uniondale, New York 11553, Attention: Gerard R. Luckman, Esq. in order that they be received in hand by no later than 5:00 p.m. on September 15, 2020.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of such adjournment in Court on the date scheduled for said hearing.

Dated: Uniondale, New York
      September 2, 2020

                                          Gerard R. Luckman, Subchapter V Trustee

                                          By:  /s/ *Gerard R. Luckman*
                                          Gerard R. Luckman, Esq.
                                          c/o FORCHELLI DEEGAN TERRANA LLP
                                          333 Earle Ovington Blvd, Suite 1010
                                          Uniondale, New York 1553
                                          (516) 248-1700